# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2011

144201 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

OAK CREEK APARTMENTS, LLC,
      Plaintiff-Appellee,

v

MANUEL GARCIA, d/b/a MANUEL
ROOFING, and AUTO-OWNERS
INSURANCE COMPANY,
      Defendants,

and

HASTINGS MUTUAL INSURANCE
COMPANY,
      Defendant-Appellant.
_____/

SC: 144201
COA: 306675
Macomb CC: 2011-001991-CK

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 14, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2011

Clerk

h1220